USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-9-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROL COLLANTES
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.
--------------------------------------------------------------x

**MEMORANDUM DECISION**

10 CV 6086 (VB)

    Plaintiff Carol Collantes commenced this action on August 13, 2010, at which time a summons was issued. After commencing this action, plaintiff did not file an affidavit of service within 120 days. See Fed. R. Civ. P. 4(m). Plaintiff never responded to the Court's request for a status report, so the Court, on May 5, 2011, ordered the case administratively closed without prejudice. On June 4, 2011, plaintiff filed a motion to reopen the case. On October 5, 2011, the Court granted that motion and directed plaintiff to file an affidavit of service with the Court by November 4, 2011. To date, no affidavit of service has been filed. Accordingly, this action will be dismissed without prejudice unless plaintiff on or before <u>December 7, 2011</u>, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

Dated: November 9, 2011
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1